**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

**JOHN MORALES,**

     **Plaintiff**                                **Case Number:  2:22-cv-00415-SPC-KCD**

**4000 BAYSHORE, LLC.**

     **Defendant**

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

     Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of

dismissal of this action with prejudice and, unless otherwise agreed, each party shall bear their own

attorney's fees and costs.

                                              Respectfully submitted,

Dated: August 1, 2022                    */s/ Alberto R. Leal*.
                                     Alberto R. Leal, Esq., P.A.
                                     Florida Bar No.: 1002345
                                     E-Mail: albertolealesq@gmail.com
                                     Phone: 954-637-1868